**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Duncan Heisel,<br><br>Plaintiff,<br><br>v.<br><br>B. Ekron, et al.,<br><br>Defendants. | No. CV-18-02826-PHX-DJH (ESW)<br><br>**ORDER** |

On April 12, 2019, Plaintiff filed a pro se civil rights First Amended Complaint pursuant to 42 U.S.C. § 1983, alleging a Fourth Amendment excessive force claim (Doc. 9). The Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and ordered Defendants Lokasky, Ekron, and Miller to answer (Doc. 11 at 6). The Court further ordered Plaintiff to file a "Notice of Substitution," substituting each Doe Defendant's actual name within 120 days of the filing of the Order *(Id*. at 7). On August 8, 2019, the Court provided Plaintiff with a blank subpoena duces tecum and extended the time for Plaintiff to file a Notice of Substitution to October 7, 2019 (Doc. 16). Plaintiff has failed to return a completed subpoena duces tecum to the Clerk of Court as instructed, and the time to file a Notice of Substitution has passed. No Notice of Substitution has been filed as of the date of filing of this Order.

**IT IS ORDERED** that Plaintiff show cause no later than **December 13, 2019** why the Court should not dismiss without prejudice all Doe Defendants for Plaintiff's failure (i)

to prosecute the case and comply with the Court's Order (Doc. 11) requiring a Notice of Substitution pursuant to Fed. R. Civ. P. 41(b) and (ii) to timely serve pursuant to Fed. R. Civ. P. 4(m).

Dated this 13th day of November, 2019.

_____
Honorable Eileen S. Willett
United States Magistrate Judge