**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Duncan Heisel, | No. CV-18-02826-PHX-DJH (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| B. Ekron, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Enter New Scheduling Order (Doc. 68). No response has been filed, and the time to do so has passed. *See* LRCiv 7.2(i) (failure to timely respond may be deemed consent to the granting of a motion).

Defendants Baker #14208, Pollard, Baker #16246, Pezzelle, and Rudd were recently served (Docs. 59-63) and filed an Answer (Doc. 64) to Plaintiff's First Amended Complaint (Doc. 9). All deadlines listed in the Court's Scheduling Order (Doc. 19) issued August 21, 2019 have expired, giving the parties no opportunity to conduct discovery regarding the newly appearing Defendants.

For good cause shown,

**IT IS ORDERED** granting Defendants' Motion to Enter New Scheduling Order (Doc. 68).

**IT IS FURTHER ORDERED** modifying the Scheduling Order (Doc. 19) and setting the following new deadlines in the case as to Defendants Baker #14208, Pollard, Baker #16246, Pezzelle, and Rudd:

| | |
|---|---|
| Initial Disclosures | October 5, 2020 |
| Plaintiff's Expert Witnesses and reports | December 4, 2020 |
| Defendants' Expert Witnesses and reports | January 5, 2021 |
| Discovery Deadline | February 4, 2021 |
| Dispositive Motions | March 4, 2021 |

The remainder of the Scheduling Order (Doc. 19) is affirmed.

Dated this 4th day of September, 2020.

_____
Honorable Eileen S. Willett
United States Magistrate Judge